UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 15-cr-10018-LTS |
| JOSE LUIS GUERRERO-SOTO, | ) ) ) | |
| Defendant. | ) ) | |

ORDER ON MOTION TO MODIFY SENTENCE (DOC. 48)

November 10, 2016

SOROKIN, J.

Defendant was sentenced for unlawful re-entry of a deported alien on June 11, 2015. On November 8, 2016, he filed a Motion to modify and reduce his sentence pursuant to "an Amendment to [the U.S. Sentencing Guidelines] affecting Illegal Re-entry, which entered into effect on November 1, 2016." Doc. 48. However, that Amendment to the Guidelines, Amendment 802, is not retroactive under U.S.S.G. § 1B1.10(d). Thus, Defendant's motion is DENIED.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge